**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wanderluxxe, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | ██–██**1417** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **625 N Flores St**<br>**Apt 201**<br>**Los Angeles, CA 90048-2143**<br>Number, Street, City, State & ZIP Code | **1209 S Crescent Heights Blvd**<br>**Los Angeles, CA 90035-2636**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **www.wanderluxxe.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Wanderluxxe, LLC**

Name    Case number (if known)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11. If** this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Wanderluxxe, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Wanderluxxe, LLC | Case number (if known) | |
| | Name | | |

Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**
                 MM / DD / YYYY

X _____          **Martinique Hines**
Signature of authorized representative of debtor    Printed name

Title    **Cheif Executive Officer**

**18. Signature of attorney**

X  /s/Maria L. Garcia                       Date    19   **October 16, 2020**
Signature of attorney for debtor                    MM / DD / YYYY

**Maria L. Garcia**
Printed name

**Lewis Brisbois Bisgaard & Smith LLP**
Firm name

**633 W 5th St Ste 4000**
**Los Angeles, CA 90071-2074**
Number, Street, City, State & ZIP Code

Contact phone    **(213) 250-1800**    Email address    **Maria.L.Garcia@lewisbrisbois.com**

**276135**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Wanderluxxe, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 16, 2020**        X _____
                                         Signature of individual signing on behalf of debtor

**Martinique Hines**
Printed name

**Cheif Executive Officer**
Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not applicable

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not applicable

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    No applicable

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not applicable

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Orlando___, __Florida__.~~California~~

Date: __10/16/20__

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                        F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH**llp<br>**AMY L. GOLDMAN**, SBN. 134088<br> E-Mail: Amy.Goldman@lewisbrisbois.com<br>**Maria L. Garcia**, SBN. 276135<br> E-mail: Maria.L.Garcia@lewisbrisbois.com<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone:  213.250.1800<br>Facsimile:  213.250.7900 | |
| ☒ *Attorney for:*  Wanderluxxe, LLC | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

</div>

| In re:<br>Wanderluxxe, LLC<br><br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 7 |
|---|---|
| <br><br><br><div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| <br><br><div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Martinique Hines, CEO                           , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Sean Jamieson (Greenwood Angel) (12.5%), Member; Henry Kellem (Kellem Investments Inc), Member (6.125%); Perry Hollowell (Cedar Park Ventures) (21.875%), Member; Lola Wood (29.75%), COO/Member; and Martinique Hines (29.75%), CEO/Member

    [For additional names, attach an addendum to this form.]

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _10/16/20_

By: _____
Signature of Debtor, or attorney for Debtor

Name: _Martinique Hines, CEO of Wanderluxxe, LLC_
Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 1007-4.CORP.OWNERSHIP.STM

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Wanderluxxe, LLC** |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $          0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $          0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $          0.00

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................   $        6,307.81

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $          0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$      1,178,317.33

4.  **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                         $      1,184,625.14

**Fill in this information to identify the case:**

Debtor name  **Wanderluxxe, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                       debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor    __Wanderluxxe, LLC_____      Case number *(If known)* _____
              Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Wanderluxxe, LLC**
_____   Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __**Wanderluxxe, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ **Yes.** Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**  **Employment Development Department**
Creditor's Name

Describe debtor's property that is subject to a lien

$6,307.81       $0.00

**PO Box 826880
Sacramento, CA
94280-0001**
Creditor's mailing address

Describe the lien
**State Tax Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**09/28/2020**

Last 4 digits of account number
**7680**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$6,307.81**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name      **Wanderluxxe, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board Bankruptcy Section**<br><br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**No known liability, listed in an abundance of caution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**No known liability, listed in an abundance of caution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Los Angeles County Tax Collector**<br><br>**PO Box 54110**<br>**Los Angeles, CA 90054-0110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**No known liability, listed in an abundance of caution** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**4imprint.com**<br><br>**101 Commerce St**<br>**Oshkosh, WI 54901-4864**<br>Date(s) debt was incurred  **1/2019**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Custom branded mugs**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,430.33** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Abode**<br><br>**890 Main St Ste 101**<br>**Park City, UT 84060-5208**<br>Date(s) debt was incurred  **1/2019**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Rental for Sundance 2019 activation**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$20,000.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**American Express**<br><br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000**<br>Date(s) debt was incurred  **08/2018**<br>Last 4 digits of account number  **1008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit Card**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$32,448.55** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Pavilion Inc.**<br><br>**9336 Washington Blvd Bldg B**<br>**Culver City, CA 90232-2628**<br>Date(s) debt was incurred  **5/2019**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Sponsorship fee for branded tshirts**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,500.00** |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Ashley Clark**<br><br>**2632 Nemo Ct**<br>**Bowie, MD 20716-1463**<br>Date(s) debt was incurred  **3/2018**<br>Last 4 digits of account number  __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan to Debtor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$15,355.00** |

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,000.00 |
| | **August Leo** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3108 M Pl SE** | ☐ Disputed | |
| | **Washington, DC 20019-2165** | | |
| | Date(s) debt was incurred **4/2019** | Basis for the claim: **Loan to Debtor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
| | **Avery Sandack** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2787 S 300 E** | ☐ Disputed | |
| | **Salt Lake City, UT 84115-3301** | | |
| | Date(s) debt was incurred **1/2020** | Basis for the claim: **AV services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
| | **Brand Alignment Group** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1250 1/2 S Ridgeley Dr** | ☐ Disputed | |
| | **Los Angeles, CA 90001** | | |
| | Date(s) debt was incurred **1/2019** | Basis for the claim: **Consultant fee services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
| | **Buffalo 8** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **6535 Wilshire Blvd** | ☐ Disputed | |
| | **Los Angeles, CA 90048-4905** | | |
| | Date(s) debt was incurred **11/2018** | Basis for the claim: **Talent fee services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,256.15 |
| | **C2 Imaging** | ☐ Contingent | |
| | **The Hettena Law Firm** | ☐ Unliquidated | |
| | **31348 Via Colinas Ste 106** | ☐ Disputed | |
| | **Westlake Village, CA 91362-6803** | | |
| | Date(s) debt was incurred **4/2018** | Basis for the claim: **Decor for tribeca film festival activation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
| | **Cedar Park Ventures (Perry Hollowell)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **14006 Palawan Way Apt PH19** | ☐ Disputed | |
| | **Marina del Rey, CA 90292-6261** | | |
| | Date(s) debt was incurred **1/2018** | Basis for the claim: **Loan to Debtor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
| | **Cedar Park Ventures (Perry Hollowell)** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **14006 Palawan Way Apt PH19** | ☐ Disputed | |
| | **Marina del Rey, CA 90292-6261** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Investment; listed in an abundance of caution** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Wanderluxxe, LLC**
Name

Case number (if known) _____

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,630.99 |

**Chase Link**

PO Box 15123
Wilmington, DE 19850-5123

Date(s) debt was incurred  **8/2019**

Last 4 digits of account number  **8580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,125.00 |

**Clyde Manuel**

4170 Forest Pine Dr
Upper Marlboro, MD 20772

Date(s) debt was incurred  **9/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |

**Dique Pic Productions**

625 N Flores St Apt 201
Los Angeles, CA 90048-2143

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,285.00 |

**Done To Your Taste Catering**
**Ames & Ames, LLP**
228 W 200 S Ste 2B
Kamas, UT 84036-9010

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Catering services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,737.00 |

**Elite Strategy Global, Inc.**

1100 N Glebe Rd Ste 1010
Arlington, VA 22201-5786

Date(s) debt was incurred  **01/2020**

Last 4 digits of account number  **1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |

**Flight of the Rooster**
**Mirsafian Law Group**
22 W Washington St Ste 1500
Chicago, IL 60602-1607

Date(s) debt was incurred  **1/2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental for sundance 2020 activation**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Getty**

PO Box 953604
Saint Louis, MO 63195-3604

Date(s) debt was incurred  **6/2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Photography services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Wanderluxxe, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address
**Greenwood Angel (Sean Jameison)**

4840 Austin St
Houston, TX 77004-5649

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**Greenwood Angel (Sean Jameison)**

4840 Austin St
Houston, TX 77004-5649

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investment; listed in an abundance of catuion**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.22** | Nonpriority creditor's name and mailing address
**Henri Wood**

1209 S Crescent Heights Blvd
Los Angeles, CA 90035-2636

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**Hitz Investment Group**

3108 M Pl SE
Washington, DC 20019-2165

Date(s) debt was incurred **4/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$56,800.00**

---

**3.24** | Nonpriority creditor's name and mailing address
**Ibin Lateef**

2375 Sequoia Grove St
Waldorf, MD 20601-2687

Date(s) debt was incurred **4/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$44,000.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Jessica Jazayeri**

936 1/2 N Verdugo Rd
Glendale, CA 91201

Date(s) debt was incurred **1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Event consultant services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**JPMorgan Chase Bank, N.A.**

PO Box 182051
Columbus, OH 43218-2051

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **No known liability, listed in an abundance of caution**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Wanderluxxe, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Julia Fitz Events**

**5723 Riverton Ave**
**North Hollywood, CA 91601-2027**

Date(s) debt was incurred  9/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Event consultant services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Kellem Investments Inc. (Henry Kellem)**

**9920 Evergreen Terrace Dr**
**Charlotte, NC 28277-5744**

Date(s) debt was incurred  4/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Investment; listed in an abundance of caution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,500.00 |
|---|---|---|---|

**Konrad Olzak**

**2472 Alabama Ave SE Apt A204**
**Washington, DC 20020-2730**

Date(s) debt was incurred  4/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Loan to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**Lighten Up Inc**

**8341 Hindry Ave**
**Los Angeles, CA 90045-3205**

Date(s) debt was incurred  1/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  AV services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Lola Elizabeth Keyes Wood**

**1231 Colonial Rd**
**McLean, VA 22101-2915**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Loans to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Lola Keyes**

**1231 Colonial Rd**
**McLean, VA 22101-2915**

Date(s) debt was incurred  9/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Loan to Debtor (Lola Wood's mother)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Martinique Hines**

**625 N Flores St Apt 201**
**Los Angeles, CA 90048-2143**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Loans to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **Wanderluxxe, LLC**
_____
Name                                                          Case number (if known) _____

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

**Michael Malone**

11179 Aqua Vista St
North Hollywood, CA 91602-3156

Date(s) debt was incurred  8/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sponsor consultant services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |

**Michael Tynes**

3108 M Pl SE
Washington, DC 20019-2165

Date(s) debt was incurred  4/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan to Debtor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Napa Film Festival**

PO Box 10994
Napa, CA 94581-2994

Date(s) debt was incurred  11/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sponsorship fee for Napa film festival activation

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |

**Norah Restaurant**

8279 Santa Monica Blvd
West Hollywood, CA 90046-5956

Date(s) debt was incurred  3/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Event fee for golden globes 2019 activation

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Paypal**

2211 N 1st St
San Jose, CA 95131-2021

Date(s) debt was incurred  __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Overdrafted check

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,100.00 |

**Pratt Sound**

1771 S 900 W Ste 30
Salt Lake City, UT 84104-1700

Date(s) debt was incurred  1/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  AV services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,306.58 |

**Premier Events Utah**

163 W Pierpont Ave
Salt Lake City, UT 84101-1902

Date(s) debt was incurred  1/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental furniture decor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Rise Strategy**

1735 W Julian St
Chicago, IL 60622-2115

Date(s) debt was incurred  **5/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consultant fee services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Riverhorse on Main**

540 Main St
Park City, UT 84060-5153

Date(s) debt was incurred  **1/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Caterer services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Rocket Hinds Productions**

3030 N Rocky Point Dr W # 150A
Tampa, FL 33607-5803

Date(s) debt was incurred  **1/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Talent fee services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,200.00** |
|---|---|---|---|

**Shutterstock**

PO Box 412093
Boston, MA 02241-2093

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Photography services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**State Board of Equalization**

PO Box 942879
Sacramento, CA 94279-0001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **No known liability, listed in an abundance of caution**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|

**Stratford Dennis**

408 4th St Apt 1
Brooklyn, NY 11215-2902

Date(s) debt was incurred  **1/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,500.00** |
|---|---|---|---|

**Stripe**

510 Townsend St
San Francisco, CA 94103-4918

Date(s) debt was incurred  **4/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Chargeback/refund payment to customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,699.73**

**Sunshine Sachs**

136 Madison Ave
New York, NY 10016-6711

Date(s) debt was incurred __09/2018__

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Consultant fee services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00**

**Teknique Agency**

3418 Northern Blvd Ofc
Long Island City, NY 11101-2807

Date(s) debt was incurred __4/2019__

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Makeup services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,093.00**

**The Influence
Roma, Murphy, & Horowitz**
2815 Camino del Rio S Ste 111
San Diego, CA 92108-3816

Date(s) debt was incurred __3/2019__

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Public relations consultant fee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Triumph DIsplay**

998 Old Country Rd # C PMB 118
Plainview, NY 11803-4928

Date(s) debt was incurred __10/2019__

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Signage company services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**U.S. Securities and Exchange Commission**

444 S Flower St Ste 900
Los Angeles, CA 90071-2934

Date(s) debt was incurred __ __

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __No known liability, listed in an abundance of caution__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**U.S. Small Business Administration**

330 N Brand Blvd Ste 1200
Glendale, CA 91203-2320

Date(s) debt was incurred __ __

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __No known liability, listed in an abundance of cuation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00**

**Washington Ventures LLC**

231 Macdonough St
Brooklyn, NY 11233-1006

Date(s) debt was incurred __1/2018__

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan to Debtor__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amercian Pavilion Inc.**<br>**4102 Harter Ave**<br>**Culver City, CA 90232-4015** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express National Bank**<br>**555 Saint Charles Dr Ste 204**<br>**Thousand Oaks, CA 91360-3992** | Line **3.3**<br>☐ Not listed. Explain ____ | **1008** |
| 4.3 | **Ames & Ames, LLP**<br>**228 W 200 S Ste 2B**<br>**Kamas, UT 84036-9010** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Brand Alignment Group**<br>**1250 S Ridgeley Dr**<br>**Los Angeles, CA 90019-2654** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Chase Link**<br>**PO Box 6294**<br>**Carol Stream, IL 60197-6294** | Line **3.13**<br>☐ Not listed. Explain ____ | **8580** |
| 4.6 | **Clyde Manuel**<br>**4707 Forest Pines Dr**<br>**Upper Marlboro, MD 20772-2679** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jessica Jazayeri**<br>**936 1/2 N Verdugo Rd**<br>**Glendale, CA 91206** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jessica Jazayeri**<br>**936 N Verdugo Rd**<br>**Glendale, CA 91206-1572** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Lola Elizabeth Keyes Wood**<br>**1231 Colonial Rd**<br>**McLean, VA 22101-2915** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Michael Tynes**<br>**PO Box 15818**<br>**Washington, DC 20003-0818** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Mirsafina Law Group, LLC**<br>**22 W Washington St Ste 1500**<br>**Chicago, IL 60602-1607** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **State Board of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0001** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Wanderluxxe, LLC**
_____
　　　　　　Name

Case number (if known)　_____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,178,317.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,178,317.33 |

**Fill in this information to identify the case:**

Debtor name    **Wanderluxxe, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __**Wanderluxxe, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION__

Case number(if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Lola Elizabeth Keys Wood** | **1231 Colonial Rd McLean, VA 22101-2915** | **American Express** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.2 **Martinique Hines** | **625 N Flores St Apt 201 Los Angeles, CA 90048-2143** | **Flight of the Rooster** | ☐ D _____ <br> ■ E/F __3.18__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Wanderluxxe, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION__

Case number(if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$137,679.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$483,923.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be

Debtor    **Wanderluxxe, LLC**                                    Case number(*if known*)

adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Michael Tynes v. Wanderluxxe LLC et al 2020 CA 002702 B** | **Breach of Contract** | **District of Columbia Superior Court 500 Indiana Ave NW Ste 5000 Washington, DC 20001-2131** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Flight of the Rooster, LLC v. Wanderluxxe LLC et al 2020L007575** | **Breach of Contract** | **Circuit Court of Cook County 50 W Washington St Chicago, IL 60602-1305** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Wanderluxxe, LLC**                                      Case number *(if known)* _____

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lewis Brisbois Bisgaard & Smith LLP**<br>**633 W 5th St Ste 4000**<br>**Los Angeles, CA 90071-2074** |  | **Martinique Hines (50%)-7/23/ 2020; Lola Wood (50%)-8/4/2 020** | **$3,500.00** |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor?<br>**Martinique Hines (50%) and Lola Wood(50%)** |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor    **Wanderluxxe, LLC**                    Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase** **PO Box 182051** **Columbus, OH 43218-2051** | XXXX-3992 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 8/2019 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Wanderluxxe, LLC**                                           Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor    **Wanderluxxe, LLC**                                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Kevin Smoot** **12339 Juniper Blossom Pl** **Clarksburg, MD 20871-6348** | **8/2016 to 12/2019** |
| 26a.2.  **Ensa Huger** **488 Bartram St SE Ste A** **Atlanta, GA 30316-6807** | **1/2020 to 3/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Ensa Huger** **488 Bartram St SE Ste A** **Atlanta, GA 30316-6807** | **1/2020 to 3/2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Ensar Huger** **488 Bartram St SE Ste A** **Atlanta, GA 30316-6807** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Martinique Hines** | **625 N Flores St Apt 201** **Los Angeles, CA 90048-2143** | **CEO/Member** | **29.75%** |

Debtor   **Wanderluxxe, LLC**                                                Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lola Elizabeth Keyes Wood | 1231 Colonial Rd<br>McLean, VA 22101-2915 | COO/Member | 29.75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Perry Hollowell (Cedar Park Ventures) | 14006 Palawan Way Apt PH19<br>Marina del Rey, CA 90292-6261 | Member | 21.875% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sean Jameison (Greenwood Angel) | 4840 Austin St<br>Houston, TX 77004-5649 | Member | 12.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Henry Kellem (Kellem Investments Inc) | 9920 Evergreen Terrace Dr<br>Charlotte, NC 28277-5744 | Member | 6.125% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor   **Wanderluxxc, LLC**                                    Case number *(if known)*

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 16, 2020**

_____        **Martinique Hines**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Cheif Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**   Wanderluxxe, LLC

Case No. _____

**Debtor**   Chapter **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ 3,500.00[*]

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____ 3,500.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ 0.00

*$335.00 of the $3,500.00 is for the Chapter 7 filing fee.

2.   The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify)    Martinique Hines (50%) and Lola Wood (50%)

3.   The source of compensation to be paid to me is:

☐ Debtor      ☐ Other (specify)    Not applicable

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e.  ~~[Other provisions as needed]~~

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
1. Any proceeding related to relief from stay motion
2. Any proceeding involving an objection to Debtor's discharge pursuant to section 727 of the Bankruptcy Code, 11 U.S.C.
3. Any proceeding to determine whether a specific debt is non-dischargeable under section 523 of the Bankruptcy Code, 11 U.S.C.
4. Reaffirmation of a debt
5. Any lien avoidance under section 522(f) of the Bankruptcy Code, 11 U.S.C.
6. Representation of the debtor in adversary proceeding and other contested bankruptcy matters

<div style="border:1px solid;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/16/2020                                    /s/Maria L. Garcia
_Date_                                          _Signature of Attorney_

                                                Maria L. Garcia
                                                _Name of law firm_

</div>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Maria L. Garcia<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 W 5th St Ste 4000<br>Los Angeles, CA 90071-2074<br>(213) 250-1800 Fax: (213) 250-7900<br>California State Bar Number: 276135<br>Maria.L.Garcia@lewisbrisbois.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re:<br><br>    Wanderluxxe, LLC<br><br><br><br><br><br><br>                              Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 16, 2020** _____

_~~~~~~ signature ~~~~~~_
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **October ~~16~~ 19, 2020** _____

/s/Maria L. Garcia
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Wanderluxxe LLC
1209 S Crescent Heights Blvd
Los Angeles, CA  90035-2636


Lewis Brisbois Bisgaard & Smith LLP
633 W 5th St Ste 4000
Los Angeles, CA  90071-2074

4imprintcom
101 Commerce St
Oshkosh, WI  54901-4864


Abode
890 Main St Ste 101
Park City, UT  84060-5208


Amercian Pavilion Inc
4102 Harter Ave
Culver City, CA  90232-4015


American Express
PO Box 0001
Los Angeles, CA  90096-8000


American Express National Bank
555 Saint Charles Dr Ste 204
Thousand Oaks, CA  91360-3992


American Pavilion Inc
9336 Washington Blvd Bldg B
Culver City, CA  90232-2628


Ames & Ames LLP
228 W 200 S Ste 2B
Kamas, UT  84036-9010

Ashley Clark
2632 Nemo Ct
Bowie, MD  20716-1463


August Leo
3108 M Pl SE
Washington, DC  20019-2165


Avery Sandack
2787 S 300 E
Salt Lake City, UT  84115-3301


Brand Alignment Group
1250 S Ridgeley Dr
Los Angeles, CA  90019-2654


Brand Alignment Group
1250 1/2 S Ridgeley Dr
Los Angeles, CA  90001


Buffalo 8
6535 Wilshire Blvd
Los Angeles, CA  90048-4905


C2 Imaging
The Hettena Law Firm
31348 Via Colinas Ste 106
Westlake Village, CA  91362-6803

Cedar Park Ventures (Perry Hollowell)
14006 Palawan Way Apt PH19
Marina del Rey, CA  90292-6261


Chase Link
PO Box 15123
Wilmington, DE  19850-5123


Chase Link
PO Box 6294
Carol Stream, IL  60197-6294


Clyde Manuel
4707 Forest Pines Dr
Upper Marlboro, MD  20772-2679


Clyde Manuel
4170 Forest Pine Dr
Upper Marlboro, MD  20772


Dique Pic Productions
625 N Flores St Apt 201
Los Angeles, CA  90048-2143


Done To Your Taste Catering
Ames & Ames LLP
228 W 200 S Ste 2B
Kamas, UT  84036-9010

Elite Strategy Global Inc
1100 N Glebe Rd Ste 1010
Arlington, VA  22201-5786


Employment Development Department
PO Box 826880
Sacramento, CA  94280-0001


Flight of the Rooster
Mirsafian Law Group
22 W Washington St Ste 1500
Chicago, IL  60602-1607


Franchise Tax Board Bankruptcy Section
PO Box 2952
Sacramento, CA  95812-2952


Getty
PO Box 953604
Saint Louis, MO  63195-3604


Greenwood Angel (Sean Jameison)
4840 Austin St
Houston, TX  77004-5649


Henri Wood
1209 S Crescent Heights Blvd
Los Angeles, CA  90035-2636

Henry Kellem (Kellem Investments Inc)
9920 Evergreen Terrace Dr
Charlotte, NC  28277-5744


Henry Kellem (Kellem Investments Inc)
[Additional Address]
9935 Rea Rd Ste D305
Charlotte, NC  28277-6710


Hitz Investment Group
3108 M Pl SE
Washington, DC  20019-2165


Ibin Lateef
2375 Sequoia Grove St
Waldorf, MD  20601-2687


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Jessica Jazayeri
936 N Verdugo Rd
Glendale, CA  91206-1572


Jessica Jazayeri
936 1/2 N Verdugo Rd
Glendale, CA  91201

JPMorgan Chase Bank NA
PO Box 182051
Columbus, OH  43218-2051


Julia Fitz Events
5723 Riverton Ave
North Hollywood, CA  91601-2027


Kellem Investments Inc (Henry Kellem)
9920 Evergreen Terrace Dr
Charlotte, NC  28277-5744


Konrad Olzak
2472 Alabama Ave SE Apt A204
Washington, DC  20020-2730


Lighten Up Inc
8341 Hindry Ave
Los Angeles, CA  90045-3205


Lola Elizabeth Keyes Wood
1231 Colonial Rd
McLean, VA  22101-2915


Lola Elizabeth Keys Wood
1231 Colonial Rd
McLean, VA  22101-2915

Lola Keyes
1231 Colonial Rd
McLean, VA  22101-2915


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA  90054-0110


Martinique Hines
625 N Flores St Apt 201
Los Angeles, CA  90048-2143


Michael Malone
11179 Aqua Vista St
North Hollywood, CA  91602-3156


Michael Tynes
3108 M Pl SE
Washington, DC  20019-2165


Michael Tynes
PO Box 15818
Washington, DC  20003-0818


Mirsafina Law Group LLC
22 W Washington St Ste 1500
Chicago, IL  60602-1607

Napa Film Festival
PO Box 10994
Napa, CA  94581-2994


Norah Restaurant
8279 Santa Monica Blvd
West Hollywood, CA  90046-5956


Paypal
2211 N 1st St
San Jose, CA  95131-2021


Perry Hollowell (Cedar Park Ventures) )
14006 Palawan Way Apt PH19
Marina del Rey, CA  90292-6261


Pratt Sound
1771 S 900 W Ste 30
Salt Lake City, UT  84104-1700


Premier Events Utah
163 W Pierpont Ave
Salt Lake City, UT  84101-1902


Rise Strategy
1735 W Julian St
Chicago, IL  60622-2115

Riverhorse on Main
540 Main St
Park City, UT  84060-5153


Rocket Hinds Productions
3030 N Rocky Point Dr W # 150A
Tampa, FL  33607-5803


Sean Jameison (Greenwood Angel)
4840 Austin St
Houston, TX  77004-5649


Shutterstock
PO Box 412093
Boston, MA  02241-2093


State Board of Equalization
PO Box 942879
Sacramento, CA  94279-0001


Stratford Dennis
408 4th St Apt 1
Brooklyn, NY  11215-2902


Stripe
510 Townsend St
San Francisco, CA  94103-4918

Sunshine Sachs
136 Madison Ave
New York, NY  10016-6711


Teknique Agency
3418 Northern Blvd Ofc
Long Island City, NY  11101-2807


The Influence
Roma Murphy & Horowitz
2815 Camino del Rio S Ste 111
San Diego, CA  92108-3816


Triumph DIsplay
998 Old Country Rd # C PMB 118
Plainview, NY  11803-4928


US Securities and Exchange Commission
444 S Flower St Ste 900
Los Angeles, CA  90071-2934


US Small Business Administration
330 N Brand Blvd Ste 1200
Glendale, CA  91203-2320


Washington Ventures LLC
231 Macdonough St
Brooklyn, NY  11233-1006