| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis Brisbois Bisgaard & Smith LLP<br>Amy L. Goldman, SBN 134088<br>E-mail: Amy.Goldman@lewisbrisbois.com<br>Maria L. Garcia, SBM 276135<br>E-mail: Maria.L.Garcia@lewisbrisbois.com<br>633 W 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor Wanderluxxe, LLC | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Wanderluxxe, LLC<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-19483-RK<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☒ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers      ☐ Statement of Intention      ☒ Master Mailing List

☒ Other (specify) Supplemental Master Mailing List (adding mailing addresses only) And Verification
of Master Mailing List of Creditors [LBR 1007-1(a)]

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 2/11/21

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

Fill in this information to identify the case:

Debtor name   **Wanderluxxe, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)   **2:20-bk-19483-RK**

■ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Franchise Tax Board Bankruptcy Section**<br><br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**No known liability, listed in an abundance of caution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**No known liability, listed in an abundance of caution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Wanderluxxe, LLC | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**

PO Box 54110
Los Angeles, CA 90054-0110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**No known liability, listed in an abundance of caution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,430.33 |
|---|---|---|---|

**4imprint.com**

101 Commerce St
Oshkosh, WI 54901-4864

Date(s) debt was incurred  1/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Custom branded mugs**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Abode**

890 Main St Ste 101
Park City, UT 84060-5208

Date(s) debt was incurred  1/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental for Sundance 2019 activation**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,448.55 |
|---|---|---|---|

**American Express**

PO Box 0001
Los Angeles, CA 90096-8000

Date(s) debt was incurred  08/2018

Last 4 digits of account number  1008

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**American Pavilion Inc.**
Attn Julie Sisk or Corp. Officer
4102 Harter Ave
Culver City, CA 90232-4015

Date(s) debt was incurred  5/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sponsorship fee for branded tshirts**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,355.00 |
|---|---|---|---|

**Ashley Clark**

2632 Nemo Ct
Bowie, MD 20716-1463

Date(s) debt was incurred  3/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,000.00 |
|---|---|---|---|

**August Leo**

3108 M Pl SE
Washington, DC 20019-2165

Date(s) debt was incurred  4/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Avery Sandack**

2787 S 300 E
Salt Lake City, UT 84115-3301

Date(s) debt was incurred  1/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AV services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Brand Alignment Group**

1250 1/2 S Ridgeley Dr
Los Angeles, CA 90019

Date(s) debt was incurred  1/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant fee services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Buffalo 8**

6535 Wilshire Blvd
Los Angeles, CA 90048-4905

Date(s) debt was incurred  11/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Talent fee services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,256.15 |
|---|---|---|---|

**C2 Imaging**
The Hettena Law Firm
31348 Via Colinas Ste 106
Westlake Village, CA 91362-6803

Date(s) debt was incurred  4/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Decor for tribeca film festival activation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Cedar Park Ventures (Perry Hollowell)**

PO Box 9541
McClean, VA 22102

Date(s) debt was incurred  1/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Cedar Park Ventures (Perry Hollowell)**

PO Box 9541
McClean, VA 22102

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment; listed in an abundance of caution**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,630.99 |
|---|---|---|---|

**Chase Link**

PO Box 15123
Wilmington, DE 19850-5123

Date(s) debt was incurred  8/2019

Last 4 digits of account number  8580

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,125.00 |
|---|---|---|---|

**Clyde Manuel**

4170 Forest Pine Dr
Upper Marlboro, MD 20772

Date(s) debt was incurred  9/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**Dique Pic Productions**

625 N Flores St Apt 201
Los Angeles, CA 90048-2143

Date(s) debt was incurred  3/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,285.00 |
|---|---|---|---|

**Done To Your Taste Catering**
Ames & Ames, LLP
228 W 200 S Ste 2B
Kamas, UT 84036-9010

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Catering services**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,737.00 |
|---|---|---|---|

**Elite Strategy Global, Inc.**

1100 N Glebe Rd Ste 1010
Arlington, VA 22201-5786

Date(s) debt was incurred  01/2020

Last 4 digits of account number  1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security services**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Flight of the Rooster**
Mirsafian Law Group
22 W Washington St Ste 1500
Chicago, IL 60602-1607

Date(s) debt was incurred  1/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental for sundance 2020 activation**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Getty**

PO Box 953604
Saint Louis, MO 63195-3604

Date(s) debt was incurred  6/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Photography services**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Wanderluxxe, LLC | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Greenwood Angel (Sean Jamelson)**

4840 Austin St
Houston, TX 77004-5649

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Royalty Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Greenwood Angel (Sean Jamelson)**

4840 Austin St
Houston, TX 77004-5649

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investment; listed in an abundance of catuion**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Henri Wood**

1209 S Crescent Heights Blvd
Los Angeles, CA 90035-2636

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,800.00 |
|---|---|---|---|

**Hitz Investment Group**

3108 M Pl SE
Washington, DC 20019-2165

Date(s) debt was incurred **4/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |
|---|---|---|---|

**Ibin Lateef**

2375 Sequoia Grove St
Waldorf, MD 20601-2687

Date(s) debt was incurred **4/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Jessica Jazayeri**

936 1/2 N Verdugo Rd
Glendale, CA 91206

Date(s) debt was incurred **1/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Event consultant services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**

PO Box 182051
Columbus, OH 43218-2051

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **No known liability, listed in an abundance of caution**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

**3.27** Nonpriority creditor's name and mailing address
**Julia Fitz Events**

5723 Riverton Ave
North Hollywood, CA 91601-2027
Date(s) debt was incurred  9/2019
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Event consultant services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

**3.28** Nonpriority creditor's name and mailing address
**Kellem Investments Inc. (Henry Kellem)**

9920 Evergreen Terrace Dr
Charlotte, NC 28277-5744
Date(s) debt was incurred  4/2017
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment; listed in an abundance of caution**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

**3.29** Nonpriority creditor's name and mailing address
**Konrad Olzak**

2472 Alabama Ave SE Apt A204
Washington, DC 20020-2730
Date(s) debt was incurred  4/2019
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$57,500.00**

**3.30** Nonpriority creditor's name and mailing address
**Lighten Up Inc**

8341 Hindry Ave
Los Angeles, CA 90045-3205
Date(s) debt was incurred  1/2018
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AV services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,800.00**

**3.31** Nonpriority creditor's name and mailing address
**Lola Elizabeth Keyes Wood**

1231 Colonial Rd
McLean, VA 22101-2915
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

**3.32** Nonpriority creditor's name and mailing address
**Lola Keyes**

1231 Colonial Rd
McLean, VA 22101-2915
Date(s) debt was incurred  9/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor (Lola Wood's mother)**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

**3.33** Nonpriority creditor's name and mailing address
**Martinique Hines**

625 N Flores St Apt 201
Los Angeles, CA 90048-2143
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.34** | Nonpriority creditor's name and mailing address **Michael Malone** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$2,500.00** |
| | 11179 Aqua Vista St <br> North Hollywood, CA 91602-3156 | | |
| | Date(s) debt was incurred **8/2019** | Basis for the claim: **Sponsor consultant services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.35** | Nonpriority creditor's name and mailing address **Michael Tynes** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$36,000.00** |
| | 3108 M Pl SE <br> Washington, DC 20019-2165 | | |
| | Date(s) debt was incurred **4/2019** | Basis for the claim: **Loan to Debtor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.36** | Nonpriority creditor's name and mailing address **Napa Film Festival** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$10,000.00** |
| | PO Box 10994 <br> Napa, CA 94581-2994 | | |
| | Date(s) debt was incurred **11/2018** | Basis for the claim: **Sponsorship fee for Napa film festival activation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.37** | Nonpriority creditor's name and mailing address **Norah Restaurant** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$2,250.00** |
| | 8279 Santa Monica Blvd <br> West Hollywood, CA 90046-5956 | | |
| | Date(s) debt was incurred **3/2019** | Basis for the claim: **Event fee for golden globes 2019 activation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.38** | Nonpriority creditor's name and mailing address **Paypal** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$20,000.00** |
| | 2211 N 1st St <br> San Jose, CA 95131-2021 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Overdrafted check** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.39** | Nonpriority creditor's name and mailing address **Pratt Sound** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$11,100.00** |
| | 1771 S 900 W Ste 30 <br> Salt Lake City, UT 84104-1700 | | |
| | Date(s) debt was incurred **1/2020** | Basis for the claim: **AV services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.40** | Nonpriority creditor's name and mailing address **Premier Events Utah** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$22,306.58** |
| | 163 W Pierpont Ave <br> Salt Lake City, UT 84101-1902 | | |
| | Date(s) debt was incurred **1/2020** | Basis for the claim: **Rental furniture decor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Wanderluxxe, LLC | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.41** | Nonpriority creditor's name and mailing address<br>**Rise Strategy**<br><br>1735 W Julian St<br>Chicago, IL 60622-2115<br>Date(s) debt was incurred  5/2018<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Consultant fee services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $11,000.00 |
| **3.42** | Nonpriority creditor's name and mailing address<br>**Riverhorse on Main**<br><br>540 Main St<br>Park City, UT 84060-5153<br>Date(s) debt was incurred  1/2020<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Caterer services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15,000.00 |
| **3.43** | Nonpriority creditor's name and mailing address<br>**Rocket Hinds Productions, Inc.**<br>**Attn Registered Agent Natalie Hinds**<br>7901 4th St N Ste 300<br>Saint Petersburg, FL 33702-4305<br>Date(s) debt was incurred  1/2019<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Talent fee services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,000.00 |
| **3.44** | Nonpriority creditor's name and mailing address<br>**Shutterstock**<br><br>PO Box 412093<br>Boston, MA 02241-2093<br>Date(s) debt was incurred  2/2019<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Photography services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $7,200.00 |
| **3.45** | Nonpriority creditor's name and mailing address<br>**State Board of Equalization**<br><br>PO Box 942879<br>Sacramento, CA 94279-0001<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **No known liability, listed in an abundance of caution**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.46** | Nonpriority creditor's name and mailing address<br>**Stratford Dennis**<br><br>408 4th St Apt 1<br>Brooklyn, NY 11215-2902<br>Date(s) debt was incurred  1/2018<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan to Debtor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $28,000.00 |
| **3.47** | Nonpriority creditor's name and mailing address<br>**Stripe**<br><br>510 Townsend St<br>San Francisco, CA 94103-4918<br>Date(s) debt was incurred  4/2019<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Chargeback/refund payment to customer**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $34,500.00 |

Debtor   **Wanderluxxe, LLC**
         _Name_

Case number (if known)   **2:20-bk-19483-RK**

| | | | |
|---|---|---|---|
| **3.48** | Nonpriority creditor's name and mailing address<br>**Sunshine Sachs**<br><br>136 Madison Ave Fl 17<br>New York, NY 10016-6734<br>Date(s) debt was incurred  09/2018<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Consultant fee services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $29,699.73 |
| **3.49** | Nonpriority creditor's name and mailing address<br>**Teknique Agency**<br><br>34-18 Northern Blvd Office B27<br>Long Island City, NY 11101<br>Date(s) debt was incurred  4/2019<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Makeup services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,850.00 |
| **3.50** | Nonpriority creditor's name and mailing address<br>**The Influence**<br>Roma, Murphy, & Horowitz<br>2815 Camino del Rio S Ste 111<br>San Diego, CA 92108-3816<br>Date(s) debt was incurred  3/2019<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Public relations consultant fee**<br>Is the claim subject to offset? ■ No  ☐ Yes | $17,093.00 |
| **3.51** | Nonpriority creditor's name and mailing address<br>**Triumph Display**<br><br>998 Old Country Rd # C PMB 118<br>Plainview, NY 11803-4928<br>Date(s) debt was incurred  10/2019<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Signage company services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $450.00 |
| **3.52** | Nonpriority creditor's name and mailing address<br>**U.S. Securities and Exchange Commission**<br><br>444 S Flower St Ste 900<br>Los Angeles, CA 90071-2934<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **No known liability, listed in an abundance of caution**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.53** | Nonpriority creditor's name and mailing address<br>**U.S. Small Business Administration**<br><br>330 N Brand Blvd Ste 1200<br>Glendale, CA 91203-2320<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **No known liability, listed in an abundance of cuation**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.54** | Nonpriority creditor's name and mailing address<br>**Washington Ventures LLC**<br><br>231 Macdonough St<br>Brooklyn, NY 11233-1006<br>Date(s) debt was incurred  1/2018<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan to Debtor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $16,000.00 |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | 4imprint.com<br>PO Box 320<br>Oshkosh, WI 54901 | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | American Express National Bank<br>555 Saint Charles Dr Ste 204<br>Thousand Oaks, CA 91360-3992 | Line **3.3**<br>☐ Not listed. Explain ____ | **1008** |
| 4.3 | Ames & Ames, LLP<br>228 W 200 S Ste 2B<br>Kamas, UT 84036-9010 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Brand Alignment Group<br>1250 S Ridgeley Dr<br>Los Angeles, CA 90019-2654 | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Cedar Park Ventures (Perry Hollowell)<br>PO Box 9541<br>Mc Lean, VA 22102-0541 | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Cedar Park Ventures (Perry Hollowell)<br>PO Box 9541<br>Mc Lean, VA 22102-0541 | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Chase Link<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | Line **3.13**<br>☐ Not listed. Explain ____ | **8580** |
| 4.8 | Clyde Manuel<br>4707 Forest Pines Dr<br>Upper Marlboro, MD 20772-2679 | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Jessica Jazayeri<br>936 N Verdugo Rd<br>Glendale, CA 91206-1572 | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Kellem Investments Inc. (Henry Kellem)<br>9935 Rea Rd Ste D 305<br>Charlotte, NC 28277-6710 | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Kellem Investments Inc. (Henry Kellem)<br>9935-d Rea Rd Ste 305<br>Charlotte, NC 28277 | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Lola Elizabeth Keyes Wood<br>1231 Colonial Rd<br>McLean, VA 22101-2915 | Line **3.22**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Wanderluxxe, LLC** | Case number (if known) | 2:20-bk-19483-RK |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Michael Tynes**<br>**PO Box 15818**<br>**Washington, DC 20003-0818** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Mirsafina Law Group, LLC**<br>**22 W Washington St Ste 1500**<br>**Chicago, IL 60602-1607** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Rocket Hinds Productions**<br>**3030 N Rocky Point Dr 150A**<br>**Tampa, FL 33607** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Rocket Hinds Productions c/o SM Advisors**<br>**458 N Doheny Dr Ste. 69678**<br>**West Hollywood, CA 90069-7436** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **State Board of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0001** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 North Spring St  5th Floor**<br>**Los Angeles, CA 90012** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,178,317.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,178,317.33 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|

Lewis Brisbois Bisgaard & Smith LLP
Amy L. Goldman, SBN 134088
E-mail: Amy.Goldman@lewisbrisbois.com
Maria L. Garcia, SBM 276135
E-mail: Maria.L.Garcia@lewisbrisbois.com
633 W 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

☐ Debtor(s) appearing without attorney
☒ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

Wanderluxxe, LLC

Debtor(s).

CASE NO.: 2:20-bk-19483-RK

CHAPTER: 7

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Supplemental Master Mailing List Matrix

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _2_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 2/11/21

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: 02/11/2021

/s/Maria L. Garcia of Lewis Brisbois Bisgaard & Smith LLP
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

**SUPPLEMENTAL MASTER MAILING LIST MATRIX**
**(Adding mailing addresses only)**

4imprint.com
PO Box 320
Oshkosh, WI 54901

American Pavilion Inc.
Attn Julie Sisk or Corp Officer
4102 Harter Ave
Culver City, CA  90232-4015

Brand Alignment Group
1250 1/2 S Ridgeley Dr
Los Angeles, CA 90019

Cedar Park Ventures
Perry Hollowell
PO Box 9541
McClean, VA 22102

Cedar Park Ventures
Perry Hollowell
PO Box 9541
Mc Lean, VA 22102-0541

Jessica Jazayeri
936 1/2 North Verdugo Rd
Glendale, CA 91206

Rocket Hinds Productions, Inc.
Attn Registered Agent Natalie Hinds
7901 4th St N Ste 300
Saint Petersburg, FL 33702-4305

Rocket Hinds Productions, Inc.
3030 N Rocky Point Dr 150A
Tampa, FL 33607


Rocket Hinds Productions, Inc.
c/o SM Advisors
458 N Doheny Dr Ste 69678
West Hollywood, CA 90069-7436


Sunshine Sachs
136 Madison Ave Fl 17
New York, NY 10016-6734


Teknique Agency
34-18 Northern Blvd Office B27
Long Island City, NY 11101


Kellem Investments Inc.
Henry Kellem
9935-d Rea Rd Ste 305
Charlotte, NC 28277


US Small Business Administration
Office of General Counsel
312 North Spring Street 5th Floor
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
633 W 5th Street, Suite 4000, Los Angeles, California 90071.


A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 11, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) February 11, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

See attached Label Matrix for local noticing

**PRESIDING JUDGE**
Honorable Robert N. Kwan
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1682
Los Angeles, CA  90012

**DEBTOR**
Wanderluxxe, LLC
1209 S. Crescent Heights Blvd.
Los Angeles, CA  90035-2636

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


February 11, 2021  Marisol Jaramillo
*Date*                *Printed Name*                                    *Signature*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

**ATTACHMENT**

**Continuation of Proof of Service**
1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**ATTORNEY FOR PLAINTIFF** James Bryant    james.bryant@thecalawgroup.com
**ATTORNEY FOR DEBTOR** Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com,
Nancy.jasso@lewisbrisbois.com
**ATTORNEY FOR DEBTOR** Amy L Goldman    Amy.Goldman@lewisbrisbois.com
**CHAPTER 7 TRUSTEE** David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;
dgoodrich11@ecf.axosfs.com; lrobles@wgllp.com
**UNITED STATES TRUSTEE** United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

4imprint.com
PO Box 320
Oshkosh, WI 54901

American Pavillion Inc.
Attn Julie Sisk or Corp Officer
4102 Harter Ave
Culver City, CA  90232-4015

Brand Alignment Group
1250 1/2 S Ridgeley Dr
Los Angeles, CA 90019

Cedar Park Ventures
Perry Hollowell
PO Box 9541
McClean, VA 22102

Cedar Park Ventures
Perry Hollowell
PO Box 9541
Mc Lean, VA 22102-0541

Jessica Jazayeri
936 1/2 North Verdugo Rd
Glendale, CA 91206

Rocket Hinds Productions, Inc.
Attn Registered Agent Natalie Hinds
7901 4th St N Ste 300
Saint Petersburg, FL 33702-4305

Rocket Hinds Productions, Inc.
3030 N Rocky Point Dr 150A
Tampa, FL 33607

Rocket Hinds Productions, Inc.
c/o SM Advisors
458 N Doheny Dr Ste 69678
West Hollywood, CA 90069-7436

Sunshine Sachs
136 Madison Ave Fl 17
New York, NY 10016-6734

Teknique Agency
34-18 Northern Blvd Office B27
Long Island City, NY 11101

Kellem Investments Inc.
Henry Kellem
9935-d Rea Rd Ste 305
Charlotte, NC 28277

US Small Business Administration
Office of General Counsel
312 North Spring Street 5th Floor
Los Angeles, CA 90012

Label Matrix for local noticing
0973-2
Case 2:20-bk-19483-RK
Central District of California
Los Angeles
Thu Feb 11 13:36:27 PST 2021

Wanderluxxe, LLC
1209 S Crescent Heights Blvd
Los Angeles, CA 90035-2636

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

4imprint.com
101 Commerce St
Oshkosh, WI 54901-4864

Abode
890 Main St Ste 101
Park City, UT 84060-5208

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Pavilion Inc
4102 Harter Ave
Culver City CA 90232-4015

American Pavilion Inc
9336 Washington Blvd Bldg B
Culver City, CA 90232-2628

Ames & Ames LLP
228 W 200 S Ste 2B
Kamas, UT 84036-9010

Ames & Ames LLP
c/o Done To Your Taste Catering
228 W 200 S Ste 2B
Kamas, UT 84036-9010

Ashley Clark
2632 Nemo Ct
Bowie, MD 20716-1463

August Leo
3108 M Pl SE
Washington, DC 20019-2165

Avery Sandack
2787 S 300 E
Salt Lake City, UT 84115-3301

Brand Alignment Group
1250 1/2 S Ridgeley Dr
Los Angeles, CA 90019-2654

Brand Alignment Group
1250 S Ridgeley Dr
Los Angeles, CA 90019-2654

Buffalo 8
6535 Wilshire Blvd
Los Angeles, CA 90048-4905

Cedar Park Ventures
Perry Hollowell
PO Box 9541
McClean, VA 22102-0541

Chase Link
PO Box 15123
Wilmington, DE 19850-5123

Chase Link
PO Box 6294
Carol Stream, IL 60197-6294

Clyde Manuel
4170 Forest Pine Dr
Upper Marlboro, MD 20772

Clyde Manuel
4707 Forest Pines Dr
Upper Marlboro, MD 20772-2679

Dique Pic Productions
625 N Flores St Apt 201
Los Angeles, CA 90048-2143

Elite Strategy Global Inc
1100 N Glebe Rd Ste 1010
Arlington, VA 22201-5786

Employment Development Department
PO Box 826880
Sacramento, CA 94280-0001

Getty
PO Box 953604
Saint Louis, MO 63195-3604

Greenwood Angel Sean Jameison
4840 Austin St
Houston, TX 77004-5649

Henri Wood
1209 S Crescent Heights Blvd
Los Angeles, CA 90035-2636

Henry Kellem
Kellem Investments Inc
9920 Evergreen Terrace Dr
Charlotte, NC 28277-5744

Henry Kellem
Kellem Investments Inc
9935 Rea Rd Ste D305
Charlotte, NC 28277-6710

Hitz Investment Group
3108 M Pl SE
Washington, DC 20019-2165

Ibin Lateef
2375 Sequoia Grove St
Waldorf, MD 20601-2687

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Jessica Jazayeri
936 1/2 N Verdugo Rd
Glendale, CA 91206-1572


Jessica Jazayeri
936 N Verdugo Rd
Glendale, CA 91206-1572

Julia Fitz Events
5723 Riverton Ave
North Hollywood, CA 91601-2027

Kellem Investments Inc
c/o  Henry Kellem
9920 Evergreen Terrace Dr
Charlotte, NC 28277-5744


Konrad Olzak
2472 Alabama Ave SE Apt A204
Washington, DC 20020-2730

Lighten Up Inc
8341 Hindry Ave
Los Angeles, CA 90045-3205

Lina M. Michael
c/o American Express National Bank
555 Saint Charles Dr Ste 204
Thousand Oaks, CA 91360-3992


Lola Elizabeth Keyes Wood
1231 Colonial Rd
McLean, VA 22101-2915

Lola Keyes
1231 Colonial Rd
McLean, VA 22101-2915

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110


Martinique Hines
625 N Flores St Apt 201
Los Angeles, CA 90048-2143

Michael Malone
11179 Aqua Vista St
North Hollywood, CA 91602-3156

Michael Tynes
3108 M Pl SE
Washington, DC 20019-2165


Michael Tynes
PO Box 15818
Washington, DC 20003-0818

Mirsafian Law Group
c/o Flight of the Rooster
22 W Washington St Ste 1500
Chicago, IL 60602-1607

Mirsafina Law Group LLC
22 W Washington St Ste 1500
Chicago, IL 60602-1607


Napa Film Festival
PO Box 10994
Napa, CA 94581-2994

Norah Restaurant
8279 Santa Monica Blvd
West Hollywood, CA 90046-5956

Paypal
2211 N 1st St
San Jose, CA 95131-2021


Pratt Sound
1771 S 900 W Ste 30
Salt Lake City, UT 84104-1700

Premier Events Utah
163 W Pierpont Ave
Salt Lake City, UT 84101-1902

Rise Strategy
1735 W Julian St
Chicago, IL 60622-2115


Riverhorse on Main
540 Main St
Park City, UT 84060-5153

Rocket Hinds Productions
Attn Natalie Hinds
7901 4th Street N Ste 300
St. Petersburg, FL 33702-4399

Roma Murphy & Horowitz
c/o The Influence
2815 Camino del Rio S Ste 111
San Diego, CA 92108-3816


Sean Jameison
Greenwood Angel
4840 Austin St
Houston, TX 77004-5649

Shutterstock
PO Box 412093
Boston, MA 02241-2093

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Stratford Dennis
408 4th St Apt 1
Brooklyn, NY 11215-2902

Stripe
510 Townsend St
San Francisco, CA 94103-4918

Sunshine Sachs
136 Madison Ave
New York, NY 10016-6734


Teknique Agency
3418 Northern Blvd Ofc
Long Island City, NY 11101-2807

The Hettena Law Firm
c/o C2 Imaging
31348 Via Colinas Ste 106
Westlake Village, CA 91362-6803

Triumph Display
998 Old Country Rd # C PMB 118
Plainview, NY 11803-4936


US Securities and Exchange Comm
444 S Flower St Ste 900
Los Angeles, CA 90071-2934

US Small Business Administration
330 N Brand Blvd Ste 1200
Glendale, CA 91203-2320

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560


Washington Ventures LLC
231 Macdonough St
Brooklyn, NY 11233-1006

(p)AMY L GOLDMAN   TR
633 W 5TH STREET SUITE 4000
LOS ANGELES CA 90071-2074

David M Goodrich (TR)
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626-7121


Maria L Garcia
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071-2074


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


JP Morgan Chase Bank NA
PO Box 182051
Columbus, OH 43218-2051

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

State Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001


Amy L Goldman
633 West 5th Street, Suite 4000
Los Angeles, CA 90071


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Pavilion Inc
4102 Harter Ave
Culver City, CA 90232-4015

(d)Cedar Park Ventures Perry Hollowell
PO Box 9541
McClean, VA 22102-0541

End of Label Matrix
Mailable recipients    72
Bypassed recipients     2
Total                  74